# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
# WESTERN DIVISION

| | |
|---|---|
| PAMELA D. JOHNSON, DEBRA J. HARRELL AND REBECCA L. SMITH | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 5:09CV157DCB-JMR |
| AETNA LIFE INSURANCE COMPANY, FORT JAMES CORPORATION, AND TEMBEC USA, LLC | DEFENDANTS |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST AETNA LIFE INSURANCE COMPANY

THIS CAUSE having come on for consideration on the *ore tenus* motion of the Plaintiffs, Pamela D. Johnson, Debra J. Harrell, and Rebecca L. Smith, through their attorney, for entry of a Judgment of Dismissal with Prejudice of Plaintiffs' claims against Aetna Life Insurance Company, on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Aetna Life Insurance Company joins in with this motion, finds that the relief requested is well-founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, the Plaintiffs' claims against Defendant Aetna Life Insurance Company are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the  22nd  day of February, 2010.

 s/David Bramlette  
**UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:


  s/ Thomas M. Murphree, Jr.
Thomas M. Murphree, Jr.  (MBS# 3660)
Attorney for Plaintiffs


  s/ Kevin A. Rogers
Kevin A. Rogers (MSB# 101230)
Attorney for Defendant Aetna Life Insurance Company