# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**PAMELA D. JOHNSON, ET AL.**                                           **PLAINTIFFS**

**VS.**                      **CIVIL ACTION NO.: 5:09-CV-00157-DCB-JMR**

**AETNA LIFE INSURANCE COMPANY, ET AL.**                   **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Joint Motion of the Plaintiffs and Defendant Fort James Corporation to dismiss Fort James Corporation from this lawsuit with prejudice. Having considered the motion, the Court finds that it is well-taken, and it should be granted. Accordingly,

IT IS HEREBY ORDERED that Defendant Fort James Corporation is dismissed with prejudice.

SO ORDERED, this the 12th day of March, 2010.

                                                  s/David Bramlette
                                                  UNITED STATES DISTRICT JUDGE